Order entered October 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00057-CR
No. 05-12-00058-CR

**LARRY EUGENE FINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F09-41136-Y, F11-00250-Y

## ORDER

The clerk's record for cause no. 05-12-00058-CR (trial court no. F11-00250-Y) does not contain copies of the trial court's judgment or appellant's motion for new trial. Accordingly, the Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the judgment and motion for new trial.

We **ORDER** court reporter Sharon Hazlewood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit 52, the in-car video DVD. The DVD must be filed in the proper electronic format.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Gary Fitzsimmons, Dallas County District Clerk;

- Dallas County District Clerk, Criminal Records Division;

- Sharon Hazlewood, Official Court Reporter, Criminal District Court No. 7; and

- Counsel for all parties.

DAVID L. BRIDGES
JUSTICE